## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_Alea R. Kennedy_ , Plaintiff

v.

_Greystar Real Estate Partners LLC; GREP South-west, LLC; Glen Park Aurora Apartments, LLC_ Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 18 2023**

JEFFREY P. COLWELL
CLERK

_____

**Jury Trial requested:**
(please check one)
X Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Alea Kennedy, 4350 Paradise Rd #920, Las Vegas, NV, 89169
(Name and complete mailing address)

234-658-1977 aleamoore@gmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Please see Additional
(Name and complete mailing address)
attachment - Defendants
(Telephone number and e-mail address if known)
Information

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__ Other: *(please specify)* Colorado Anti-Discrimination Act C.R.S. §24-34-400.2 et. seq.

## D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _(Additional Statement of Claims - Attached)_

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                     _X_ different terms and conditions of employment

____ failure to promote                  _X_ failure to accommodate disability

____ termination of employment           _X_ retaliation

_X_ other: (*please specify*) _Unlawful harassment on the basis of a Regarded as non-existent disability for which accomodations were never made._

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          _X_ religion          _X_ national origin          ____ age

____ color         _X_ sex              _X_ disability

Supporting facts:

Please see the attached Statement of claims.

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

X Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

X Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

*Please see the attached Request for Relief.*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/14/2023
_____
(Date)

(Revised February 2022)

4