IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03328-LTB-RTG

ALEA R. KENNEDY,

Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, and
GREP SOUTHWEST, LLC d/b/a GLEN PARK AURORA APARTMENTS, LLC,

Defendants.

---

ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on September 6, 2024 (ECF No. 18). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on September 9, 2024. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 18) is accepted and adopted. It is

FURTHER ORDERED that the Complaint and Demand for Trial by Jury (ECF No. 11) and Complaint for Employment Discrimination (ECF No. 15) are **dismissed with prejudice** as factually frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this 30th day of September, 2024.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court