IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03328-LTB-RTG

ALEA R. KENNEDY,

Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, and
GREP SOUTHWEST, LLC d/b/a GLEN PARK AURORA APARTMENTS, LLC,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on September 30, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, September 30, 2024.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ C. Cuenca
Deputy Clerk